**Opinion filed December 8, 2016**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-16-00256-CV

_____

## DASI REDDY DAYAKAR AND SATGURU HOSPITALITY, LLC, Appellants

## V.

## CIVIC PLAZA, LLC, Appellee

**On Appeal from the 42nd District Court**
**Taylor County, Texas**
**Trial Court Cause No. 47,626-A**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they have entered into an agreement to settle their disputes, and they request that we dismiss this appeal and order each party to bear its own costs. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.


December 8, 2016                                                     PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.